■ In the Matter of RICHARD SCIARAFFO, Petitioner, v HERBERT KRAMER, as Justice of the Supreme Court of the State of New York, Respondent. [648 NYS2d 952] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel the respondent Justice of the Supreme Court, Kings County, to render a decision on the petitioner's motion to correct alleged errors in the petitioner's pre-sentence report.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. Mangano, P. J., Rosenblatt, Sullivan and Hart, JJ., concur.